IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-CV-22385-MORENO

**DORA AND ALFRED VILLODAS,**

  **Plaintiffs,**

vs.

**SANTANDER CONSUMER USA INC.,**

  **Defendant.**

_____/

**JOINT STIPULATION TO ARBITRATE**

  Plaintiffs Dora Villodas and Alfred Villodas ("Plaintiffa") and defendant Santander Consumer USA Inc. ("SC"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate, stating as follows:

  1. Plaintiffs commenced this action by filing a complaint against SC on or about June 10, 2020.  [See Complaint.]

  2. Plaintiffs and SC have since agreed to arbitrate all of the claims against SC in this case pursuant to the parties' arbitration agreement.

  3. Plaintiffs and SC therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that all of the claims against SC in this lawsuit be submitted to final, binding arbitration and that this lawsuit be stayed pending the conclusion of arbitration.

  4. WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A."

-2-

Respectfully submitted this 22nd day of July, 2020.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ R. Frank Springfield* |
| Heather H. Jones (FL Bar No. 0118974) | R. Frank Springfield (FL Bar No. 0010871) |
| William Peerce Howard (FL Bar No. 0103330) | Sara L. Solano (FL Bar No. 117966) |
| The Consumer Protection Firm, PLLC | Burr & Forman, LLP |
| 4030 Henderson Boulevard | 350 E. Las Olas Boulevard, Suite 1440 |
| Tampa, FL  33629 | Fort Lauderdale, FL 33301 |
| Telephone:  (813) 500-1500 x. 205 | Telephone: (954) 414-6202 |
| Facsimile:  (813) 435-2369 | Facsimile: (954) 414-6201 |
| heather@theconsumerprotectionfirm.com | fspringfield@burr.com |
| billy@theconsumerprotectionfirm.com | ssolano@burr.com |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| DORA AND ALFRED VILLODAS | SANTANDER CONSUMER USA INC. |